# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH A. WARREN, | 3:17-cv-00228-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | March 17, 2020 |
| NEVADA DEPT. OF CORRECTIONS, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Order to Have DAG Peter Dunkley Turn-Over Copy of the 721 Report, Officers Names" (ECF No. 77). Defendants have responded to Plaintiff's motion (ECF No. 82).

The court will defer ruling on Plaintiff's request (ECF No. 77) until Chief District Judge Miranda M. Du issues her decision on Defendants' Objection to Magistrate Judge's Order (ECF No. 78).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk