1
2
3                     UNITED STATES DISTRICT COURT
4                         DISTRICT OF NEVADA
5                                 * * *
6    KEITH A. WARREN,                    Case No. 3:17-cv-00228-MMD-WGC
7                        Plaintiffs,                ORDER
           v.
8
     NEVADA DEPARTMENT OF
9    CORRECTIONS, *et al*.,
10                     Defendants.

11

12         Plaintiff is an incarcerated person who filed this *pro se* civil rights Complaint on April

13   11, 2018. (ECF No. 10.) On April 1, 2020, the Court issued a notice of intent to dismiss

14   Defendants Chandra Thomas and Ramirez pursuant to Federal Rule of Civil Procedure

15   4(m) unless proofs of service upon said defendants are filed by May 1, 2020. (ECF No.

16   90.) On April 30, 2020, Plaintiff filed a response to ECF No. 90 informing the Court that he

17   is unable to comply and requesting that the Court dismiss both Defendants without

18   prejudice. (ECF No. 91 at 1.)

19         It is therefore ordered that Defendants Chandra Thomas and Ramirez are

20   dismissed without prejudice from this action.

21         DATED THIS 4th day of May 2020.

22

23         _____
           MIRANDA M. DU
24         CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28