# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEITH A. WARREN, | ) | 3:17-cv-00228-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 8, 2020 |
| | ) | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   HEIDI JORDAN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion requesting the court to issue a scheduling order (ECF No. 94). Plaintiff points out that the court approved the filing of his proposed second amended complaint on December 2, 2019 (ECF No. 48). Plaintiff's Second Amended Complaint was filed the next day (ECF No. 49). Defendants Foster, Kelly, Powers and Vidaurri answered the Second Amended Complaint on January 31, 2020 (ECF No. 71) and Defendant Byrne joined in that answer on February 25, 2020 (ECF No. 76).

The court initially issued a Scheduling Order on July 31, 2019 (ECF No. 22). Plaintiff moved to extend the deadlines in the Scheduling Order (ECF No 40), which the court granted on October 24, 2019. Plaintiff correctly notes, however, that no amended scheduling order was entered following the filing of Defendants' Answers to Plaintiff's Second Amended Complaint.

Plaintiff's motion (ECF No. 94) is GRANTED. The court will enter an Amended Scheduling Order for this case.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By:   /s/
Deputy Clerk