**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEITH A. WARREN, | ) | 3:17-cv-00228-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 19, 2021 |
| NEVADA DEPT. OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>     REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extension of Time to Respond to Defendants' Response to Motion for Sanctions" (ECF No. 184).

Plaintiff's "Motion for Extension of Time to Respond to Defendants' Response to Motion for Sanctions" (ECF No. 184) is **GRANTED**.  Plaintiff shall have to and including **March 11, 2021,** in which to file his reply to Defendants' response to Plaintiff's motion for sanctions (ECF No. 170).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK


By:  _____/s/_____
                Deputy Clerk