UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEITH A. WARREN,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No.: 3:17-cv-00228-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 238 |

Before the court is Plaintiff's "Response to Motion to Strike" (ECF No. 238). Plaintiff's response pertains to Defendants' Motion to Strike (ECF No. 236) Plaintiff's letter to the court of July 15, 2021 (originally, ECF No. 235). The court granted Defendants' motion and struck Plaintiff's letter as communications with the court are generally restricted to motions, stipulation, or notices. (ECF No. 237.)

Several days after granting Defendants' motion and striking Plaintiff's letter, the court on August 2, 2021, received Plaintiff's "Response to Motion to Strike." Plaintiff explains his letter was "only inquiring as to whether the court received payment in FULL." (ECF No. 238 at 1.) The court's interpretation of Plaintiff's letter is that it went beyond a simple inquiry of an inmate's

1

account balance (which should have been presented as a motion to advise Plaintiff of the account balance, not a letter). Instead, Plaintiff's letter was more of an argument of alleged "administrative gymnastics/gamesmanship" on the part of NDOC or the Defendants' counsel in this case. This type of argument was unnecessary if Plaintiff was merely "inquiring as to whether the court received payment" for his filing fee.

Without revisiting the court's order, the court is attaching records from the court's accounting offices which identify the amount of Plaintiff's current financial obligation to the court, i.e., $345.00. If Plaintiff claims NDOC has deducted amounts greater that $5.00 from his inmate accounts, Plaintiff should address that with NDOC.

DATED: August 3, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DNVX317CV000228; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Case Number**  DNVX317CV000228　　**Case Title**  WARREN V. NEV. DEPT. OF CORR. ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | NVXA021384 | KEITH A. WARREN | NVXA317CV-002281 | PLRA FILING FEE 5100PL | | 190.00 | 5.00 | 185.00 |
| 001 | NVXA021384 | KEITH A. WARREN | NVXA317CV-002281 | PLRA FILING FEE 0869PL | | 60.00 | 0.00 | 60.00 |
| 001 | NVXA021384 | KEITH A. WARREN | NVXA317CV-002281 | PLRA FILING FEE 086400 | | 100.00 | 0.00 | 100.00 |
| | | | | | | 350.00 | 5.00 | 345.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DNVX317CV000228; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | NVXA021384 | KEITH A. WARREN |

**Debt Type**
PLRA FILING FEE 5100PL

| Fund | Principal 5100PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 190.00 | 0.00 | 0.00 | 190.00 |
| Collected | 5.00 | 0.00 | 0.00 | 5.00 |
| Outstanding | 185.00 | 0.00 | 0.00 | 185.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 5.00 | 0.00 | N/A | 5.00 |

PLRA FILING FEE 0869PL

| Fund | Principal 0869PL | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 60.00 | 0.00 | 0.00 | 60.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 60.00 | 0.00 | 0.00 | 60.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

PLRA FILING FEE 086400

| Fund | Principal 086400 | Interest | Penalty | Total N/A |
|---|---|---|---|---|
| Owed | 100.00 | 0.00 | 0.00 | 100.00 |
| Collected | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 100.00 | 0.00 | 0.00 | 100.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |

U.S. Courts
Case Inquiry Report
Case Number: DNVX317CV000228; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 0.00 | 0.00 | N/A | 0.00 |

### Totals

|  | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 350.00 | 0.00 | 0.00 | 350.00 |
| Collected | 5.00 | 0.00 | 0.00 | 5.00 |
| Outstanding | 345.00 | 0.00 | 0.00 | 345.00 |
| Apportioned | 0.00 | 0.00 | N/A | 0.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 5.00 | 0.00 | N/A | 5.00 |

U.S. Courts
Case Inquiry Report
Case Number: DNVX317CV000228; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCR | NVXCCA20-CT-NVRNO00492 DNVX317CV000228-001 | 06-MAR-20 | 1 | 09-MAR-20 | PLRA FILING FEE 5100PL | PR | | 5.00 | | KEITH A. WARREN | | O | 04 | 5100PL |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |