**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH A. WARREN,<br><br>              Plaintiff,<br><br>    v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>              Defendants. | 3:17-cv-00228-MMD-CSD<br><br>**ORDER** |

Before the court is Plaintiff's Notice to Magistrate Judge Craig S. Denney Regarding Confidential Settlement Agreement of Plaintiff sent March 17, 2022 (ECF No. 274). Plaintiff states that he sent a 93-page confidential settlement conference statement via U.S. Mail on March 17, 2022, and requests the court confirm receipt of his statement.

Plaintiff is advised that the court received his settlement conference statement via U.S. Mail on March 18, 2022.

DATED:  March 25, 2022.

C S D

_____

**UNITED STATES MAGISTRATE JUDGE**